UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK GUILLORY (#587254)

VERSUS

MSGT. BOBBY EARL, ET AL.

CIVIL ACTION NO.

13-675-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 4, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's *Motion for Partial Summary Judgment*[4] is denied;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Defendants' *Motion for Summary Judgment*[5] is granted in part, dismissing Plaintiff's claim of deliberate medical indifference asserted against Defendants, Bobby Earl and Melvin McDowell, with prejudice and this matter is referred back to the United States

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 75.
[3] Rec. Doc. 76.
[4] Rec. Doc. 55.
[5] Rec. Doc. 57.

Magistrate Judge for further proceedings in connection with the Plaintiff's claim asserted against the Defendants in their individuals capacities under 42 U.S.C. § 1983, that Defendants, Bobby Earl and Angela Webb, failed to protect him from harm at the hands of a co-inmate on October 17, 2012, and that Defendant, Melvin McDowell, retaliated against the Plaintiff on April 13, 2013, in response to the Plaintiff's exercise of his First Amendment right to seek redress of grievances.

Baton Rouge, Louisiana the 22 day of September, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA